# SIGN-IN-SHEET

CASE NAME: KLCG Property
CASE NO. 09-14418-KJC

COURTROOM LOCATION: 5
DATE: 12/17/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| [signature] | | |
| William [Hazeary] | US Trustee | |
| Michael DeBaecke | Blank Rome LLP | Dougherty Funding LLC |
| Paul Ratelle | Fabyanske, Westra, Hart + Thomson | " " |
| Edmon Morton | YCST | Debtors |
| Donald Bowman | YCST | Debtors |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN-SHEET

**CASE NAME:** KLCG Property
**CASE NO.** 09-14418-KJC

**COURTROOM LOCATION:** 5
**DATE:** 12/17/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason D. Crocker | Von Briesen + Roper SC | Debtor |
| Claire Ann Resop | Von Briesen + Roper SC | Debtor |
| Stephen Spence Iversen | St. Vincent Hr Consulting | Debtor CRO |
| Marc Weston | Fabyanske Westra Hart | Defendant Doyle & Foley |