# Exhibit A-1

## Engagement Agreement


SILVERMAN
CONSULTING
Turnaround & Management Consulting

**Via e-mail**

December 10, 2009

Mr. Dave Anderson
Mr. Tom Pientka
Mr. Milo Arkema

RE: Financial Consulting Services

Dear Dave, Tom and Milo:

This letter is to confirm the arrangements under which Silverman Consulting ("Silverman") will provide Steven A. Nerger to serve as the Chief Restructuring Officer of KLCG Property, LLC ("KLCG" or "the Company") during a Chapter 11 proceeding, reporting to the Board of Directors.

Silverman would assist the Board, management and KLCG's legal advisors during the Chapter 11 proceeding. Projects that Silverman would be involved with include, but are not limited to, the following:

1. Rendering financial and business management advice, as well as oversight over the operations.
2. Development of cash budgets for the Company's debtor in possession financing.
3. Assist in the development of financial models, projections and business plans in connection with the Company's restructuring, reorganization and/or sale efforts.
4. Assisting with a potential sale of some or all of the Company's assets, including the development of a Confidential Sales Memorandum describing the assets to be sold, development of a sales "teaser" to be sent to prospective purchasers, development of a list of prospective buyers, and meeting and negotiating with prospective buyers, as required.
5. Assisting potential purchasers as they perform their due diligence.
6. Preparation of other financial analyses, as requested.
7. Meetings with the KLCG's counsel, the Board, management, the Unsecured Creditors' Committee and the Company's secured lender group, as required.
8. Appearances in Bankruptcy Court, as required.
9. Chapter 11 administration matters, as required.
10. Any such other matters as the Board, management or KLCG's counsel shall request Silverman to become involved.



Inasmuch as it is difficult to foresee what our total fees and disbursements will be and since we cannot predict the course of this matter, KLCG understands and agrees that Silverman will bill KLCG at its normal rates of $140 to $650 per hour for its consulting services, plus any costs and expenses incurred by Silverman on behalf of the Company. KLCG and Silverman understand and agree that all fees and expenses will be subject to final approval by the Bankruptcy Court.

This document contains our entire agreement pertaining to our retention. There are no representations, guarantees, or promises other than those expressly set forth herein. We have made no guarantees regarding the disposition of any phase of the Company's matters.

If this agreement is satisfactory to you, please indicate such acceptance and agreement by signing and returning the enclosed copy.

Sincerely,

Steven A. Nerger
Silverman Consulting

THE ABOVE IS UNDERSTOOD, APPROVED AND AGREED TO THIS __11th__ DAY OF DECEMBER, 2009

BY: KLCG Property, LLC

Name: TOM PIENTKA

Title: DIRECTOR

# EXHIBIT A-2

## Engagement Agreement



Via e-mail

December 10, 2009

Mr. Dave Anderson
Mr. Tom Pientka
Mr. Milo Arkema

RE: Financial Consulting Services

Dear Dave, Tom and Milo:

This letter is to confirm the arrangements under which Silverman Consulting ("Silverman") will provide Steven A. Nerger to serve as the Chief Restructuring Officer of Gurnee Property, LLC ("Gurnee" or "the Company") during a Chapter 11 proceeding, reporting to the Board of Directors.

Silverman would assist the Board, management and Gurnee's legal advisors during the Chapter 11 proceeding. Projects that Silverman would be involved with include, but are not limited to, the following:

1. Rendering financial and business management advice, as well as oversight over the operations.
2. Development of cash budgets for the Company's debtor in possession financing.
3. Assist in the development of financial models, projections and business plans in connection with the Company's restructuring, reorganization and/or sale efforts.
4. Assisting with a potential sale of some or all of the Company's assets, including the development of a Confidential Sales Memorandum describing the assets to be sold, development of a sales "teaser" to be sent to prospective purchasers, development of a list of prospective buyers, and meeting and negotiating with prospective buyers, as required.
5. Assisting potential purchasers as they perform their due diligence.
6. Preparation of other financial analyses, as requested.
7. Meetings with the Gurnee's counsel, the Board, management, the Unsecured Creditors' Committee and the Company's secured lender group, as required.
8. Appearances in Bankruptcy Court, as required.
9. Chapter 11 administration matters, as required.
10. Any such other matters as the Board, management or Gurnee's counsel shall request Silverman to become involved.



Turnaround & Management Consulting

Inasmuch as it is difficult to foresee what our total fees and disbursements will be and since we cannot predict the course of this matter, Gurnee Property, LLC understands and agrees that Silverman will bill Gurnee at its normal rates of $140 to $650 per hour for its consulting services, plus any costs and expenses incurred by Silverman on behalf of the Company. Gurnee and Silverman understand and agree that all fees and expenses will be subject to final approval by the Bankruptcy Court.

This document contains our entire agreement pertaining to our retention. There are no representations, guarantees, or promises other than those expressly set forth herein. We have made no guarantees regarding the disposition of any phase of the Company's matters.

If this agreement is satisfactory to you, please indicate such acceptance and agreement by signing and returning the enclosed copy.

Sincerely,

*/s/ Steven A. Nerger*
Steven A. Nerger
Silverman Consulting


THE ABOVE IS UNDERSTOOD, APPROVED AND AGREED TO THIS __11TH__ DAY OF DECEMBER, 2009

BY: Gurnee Property, LLC

_Thomas Pientka_

Name: _____

Title: __DIRECTOR__