# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KLCG PROPERTY, LLC and<br>GURNEE PROPERTY, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-14418 (KJC)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 11, 2010 AT 3:00 P.M. (ET)[2]

### UNCONTESTED MATTERS GOING FORWARD

1.  Debtors' Motion for Order Authorizing (i) Payment of Certain Prepetition Taxes, and (ii) Financial Institutions to Process and Case Related Checks and Transfers [Docket No. 7, 12/16/09]

    Response Deadline:        January 4, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:

    A.  Notice of Entry of Order and Final Hearing [Docket No. 33, 12/18/09]

    Status:    An order partially granting the relief requested and setting a final hearing solely as it related to the payment of Property Taxes was entered on December 17, 2009. To date, no objections have been received. The Debtors intend to submit a proposed form order at the hearing solely with respect to the payment of the Property Taxes. This matter will be going forward subject to footnote 2.

---

[1] The last four digits of the Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

[2] At the time of filing this agenda, the meeting to form an official committee of unsecured creditors which was scheduled for January 7, 2010 at 10:00 a.m. (ET) has not been completed. Therefore, despite the lack of objection to certain motions, no orders have been submitted to the Court under certification of no objection at this time. However, to the extent that a committee is appointed and indicates that it does not object to certain relief requested, the Debtors shall submit the relevant orders to the Court under certification of no objection prior to the hearing and file an amended agenda to that effect.

2. Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness with Priority Over All Other Secured Indebtedness and with Administrative Super Priority; (II) Granting Liens; (III) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing fro Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Scheduling a Final Hearing [Docket No. 10; 12/16/09]

    Response Deadline:        January 4, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    None

    Related Documents:

    A.  Notice of Entry of Interim Debtor In Possession Financing Order and Final Hearing [Docket No. 34, 12/18/09]

    Status:  This matter will be going forward.

3. Application for an Order Authorizing the Debtors to Retain and Employ Von Briesen & Roper, S.C. as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 40; 12/23/09]

    Response Deadline:        January 4, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:        None.

    Status:  No objections have been received. This matter will be going forward subject to footnote 2.

4. Debtors' Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 41, 12/23/09]

    Response Deadline:        January 4, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:        None.

    Status:  No objections have been received. This matter is going forward subject to footnote 2.

5.  Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors *Nunc Po Tunc* to the Petition Date [Docket No. 43, 12/24/09]

    Response Deadline:    January 4, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:    None.

    Status:    No objections have been received. This matter will be going forward subject to footnote 2.

**RESOLVED MATTER GOING FORWARD**

6.  Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 366 and 105(a) of the Bankruptcy Code (i) Prohibiting Utilities From Altering, Refusing or Discontinuing Service to the Debtor, (ii) Deeming Utilities Adequately Assured of Future Performance and (iii) Establishing Procedures to Determine Requests for Adequate Assurance of Payment [Docket No. 6, 12/16/09]

    Response Deadline:    January 4, 2010 at 4:00 p.m. (ET)

    Related Document(s):

    A.  Notice of Entry of Interim Utility Order and Final Hearing [Docket No. 32, 12/18/09]

    Responses/Objections Received:

    B.  Objection of CenterPoint Energy Services, Inc. and The Commonwealth Edison Company to the Debtor's Motion for Entry of Interim and Final Orders Pursuant to Sections 366 and 105(a) of the Bankruptcy Code (i) Prohibiting Utilities From Altering, Refusing or Discontinuing Service to the Debtor, (ii) Deeming Utilities Adequately Assured of Future Performance and (iii) Establishing Procedures to Determine Requests for Adequate Assurance of Payment [Docket No. 47, 12/30/09]

    Status:    The Debtors have reached an agreement with CenterPoint Energy Services, Inc. and The Commonwealth Edison Company which resolves their objection. The Debtors anticipate presenting a revised form of order to the Court at the hearing which will incorporate the terms of the resolution. This matter will be going forward.

**CONTESTED MATTER GOING FORWARD**

7.  Debtors' Application for Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Retention and Employment of William Blair & Company, L.L.C. as Investment Banker Nunc Pro Tunc to the Petition Date, Including Request for Waiver of Requirements Under Local Rule 2016-2(d) [Docket No. 44, 12/24/09]

    Response Deadline: January 4, 2010 at 4:00 p.m. (ET) [Extended until January 6, 2010 at 4:00 p.m. (ET) for Dougherty Funding LLC and January 7, 2009 at 11:59 p.m. (ET) for the United States Trustee]

    Responses/Objections Received:

    A.  Informal Response of the United States Trustee

    Related Documents: None.

    Status: The Debtors, William Blair and the U.S. Trustee are currently in discussions in an attempt to resolve the U.S. Trustee's concern regarding the proposed standard of review of William Blair's fees. To the extent the parties are able to resolve the matter prior to the hearing, the parties will submit a revised form of order at the hearing. To the extent the parties are unable to resolve the matter, the matter will be going forward on a contested basis.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT AND TAYLOR, LLP
January 7, 2010

　　　　　　　　　　　　　　　　　　*/s/ Donald J. Bowman, Jr.*
Michael R. Nestor (No. 3526)
Donald J. Bowman, Jr. (No. 4383)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

VON BRIESEN AND ROPER, S.C.
Randall D. Crocker (Wis. Bar No. 1000251)
Claire Ann Resop (Wis. Bar No. 1020942)
3 South Pinckney Street, Suite 1000
Madison, Wisconsin 53703-4200
Telephone: (608) 441-0300
Facsimile: (608) 441-0301

*Proposed Attorneys for the Debtor and Debtor in Possession*