# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KLCG PROPERTY, LLC and GURNEE PROPERTY, LLC, | Case No. 09-14418 (KJC) |
| | (Jointly Administered) |
| Debtors.[1] | Ref. Docket Nos. 10 and 23 |

## NOTICE OF PROPOSED FINAL DEBTOR-IN-POSSESSION FINANCING ORDER

**PLEASE TAKE NOTICE** that on December 16, 2009, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness with Priority Over All Other Secured Indebtedness and with Administrative Super Priority; (II) Granting Liens; (III) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Scheduling a Final Hearing* [Docket No. 10] (the "Motion"). On December 17, 2009, the Court entered an order approving the relief requested in the Motion on an interim basis [Docket No. 23] (the "Interim Order").

**PLEASE TAKE FURTHER NOTICE** that in connection with the final hearing on the Motion scheduled for January 11, 2010, attached hereto as Exhibit A is a copy of the *Final Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure: (i) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over All Other Secured Indebtedness and With Administrative Super Priority; (ii) Granting Liens; (iii) Authorizing Use*

---

[1] The last four digits of the Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

*of Cash Collateral By the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection; and (iv) Modifying the Automatic Stay* (the "Proposed Final Order"). For ease of reference, attached hereto as Exhibit B is a blackline comparing the Proposed Final Order with the Interim Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Proposed Final Order for the Court's approval at the January 11, 2010 hearing.

Dated: Wilmington, Delaware
January 8, 2010

YOUNG CONAWAY STARGATT AND TAYLOR, LLP

Michael R. Nestor (No. 3526)
Donald J. Bowman, Jr. (No. 4383)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

VON BRIESEN AND ROPER, S.C.
Randall D. Crocker (Wis. Bar No. 1000251)
Claire Ann Resop (Wis. Bar No. 1020942)
3 South Pinckney Street, Suite 1000
Madison, Wisconsin 53703-4200
Telephone: (608) 441-0300
Facsimile: (608) 441-0301

*Proposed Attorneys for the Debtor and Debtor in Possession*