IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

KLCG PROPERTY, LLC, and
GURNEE PROPERTY, LLC,

Debtors.[1]

Chapter 11

Case No. 09-14418 (KJC)

(Jointly Administered)

Bid Procedures Hearing Date: February 9, 2010 at 10:30 a.m. (ET)
Bid Procedures Objections Due: February 2, 2010 at 4:00 p.m. (ET)

Sale Hearing Date: March 18, 2010 at 2:00 p.m. (ET) (proposed)
Sale Objections Due: March 11, 2010 at 4:00 p.m. (ET) (proposed)

## NOTICE OF MOTION

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE STALKING HORSE BIDDER; (III) COUNSEL TO THE DEBTORS' SECURED LENDERS; (IV) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND (V) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

PLEASE TAKE NOTICE that KLCG Property, LLC ("KLCG") and Gurnee Property LLC, ("Gurnee Property") (collectively, the "Debtors") have filed the attached **DEBTORS' MOTION FOR ENTRY OF ORDERS, PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365, 503, AND 507 AND FEDERAL BANKRUPTCY RULES 2002, 6004, 6006, AND 9014: (A)(I) ESTABLISHING BIDDING AND AUCTION PROCEDURES FOR THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (II) APPROVING BID PROTECTIONS FOR THE STALKING HORSE BIDDER; (III) PERMITTING CREDIT BIDDING PURSUANT TO BANKRUPTCY CODE SECTION 363(k); (IV) SCHEDULING AN AUCTION AND SALE HEARING FOR THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (V) APPROVING NOTICE OF PROCEDURES FOR THE SOLICITATION OF BIDS, AN AUCTION AND THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; AND (VI) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING ASSET PURCHASE AGREEMENT; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF** (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The last four digits of Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

PLEASE TAKE FURTHER NOTICE that responses to the Motion, if any, are required to be filed on or before **4:00 p.m. (ET) on February 2, 2010** (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the Debtors' undersigned counsel so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **February 9, 2010 AT 10:30 a.m. (ET)**, BEFORE THE HONORABLE KEVIN J. CAREY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 19, 2010
Wilmington, Delaware

YOUNG CONAWAY STARGATT AND TAYLOR LLP

Michael R. Nestor (No. 3526)
Donald J. Bowman, Jr. (No. 4383)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Randall D. Crocker (Wis. Bar No. 1000251)
Claire Ann Resop (Wis. Bar No. 1020942)
VON BRIESEN AND ROPER, S.C.
3 South Pinckney Street, Suite 1000
Madison, Wisconsin 53703-4200
Telephone: (608) 441-0300
Facsimile: (608) 441-0301

*Attorneys for the Debtors and Debtors in Possession*