# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KLCG PROPERTY, LLC and<br>GURNEE PROPERTY, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-14418 (KJC)<br><br>(Jointly Administered)<br><br>Docket Ref. No. 92 |

**CERTIFICATION OF COUNSEL REGARDING THE ORDER, PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365, 503, AND 507 AND FEDERAL BANKRUPTCY RULES 2002, 6004, 6006, AND 9014: (A)(I) ESTABLISHING BIDDING AND AUCTION PROCEDURES FOR THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (II) APPROVING BID PROTECTIONS FOR THE STALKING HORSE BIDDER; (III) PERMITTING CREDIT BIDDING PURSUANT TO BANKRUPTCY CODE SECTION 363(k); (IV) SCHEDULING AN AUCTION AND SALE HEARING FOR THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; AND (V) APPROVING NOTICE OF PROCEDURES FOR THE SOLICITATION OF BIDS, AN AUCTION AND THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; AND (VI) GRANTING RELATED RELIEF**

On January 19, 2010, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed their *Motion for Entry of Orders, Pursuant to 11 U.S.C. §§ 105(a), 363, 365, 503, and 507 and Federal Bankruptcy Rules 2002, 6004, 6006, and 9014: (A)(i) Establishing Bidding and Auction Procedures for the Sale of All or Substantially All of the Debtors' Assets; (ii) Approving Bid Protections for the Stalking Horse Bidder; (iii) Permitting Credit Bidding Pursuant to Bankruptcy Code Section 363(k); (iv) Scheduling an Auction and Sale Hearing for the Sale of All or Substantially All of the Debtors' Assets; (v) Approving Notice of Procedures for the Solicitation of Bids, an Auction and the Assumption and Assignment of Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; and*

---

[1] The last four digits of the Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

*(vi) Granting Related Relief* (the "Bidding Procedures Order"); and *(B)(i) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims and Encumbrances and Other Interests; (ii) Authorizing and Approving Asset Purchase Agreement; (iii) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (iv) Granting Related Relief* (the "Sale Order") [Docket No. 92] (collectively, the "Sale Motion").[2]

By the Bidding Procedures Order, the Debtors are seeking, among other things, approval of certain bidding and auction procedures for the sale of substantially all of the Debtors' assets and the manner and form of notice providing parties notice of the sale and advising counter-parties of the Debtors' cure amounts related to executory contracts and unexpired leases to potentially be assumed and assigned in connection with such sale.

       The Debtors received informal comments to the proposed Bidding Procedures Order from the Committee. The Debtors, the Committee and the Stalking Horse Bidder have conferred and agreed upon the modification to the Bidding Procedures Order and the Bidding Procedures as set forth on Exhibit A attached hereto (the "Revised Bidding Procedures Order"). Specifically, the Debtors have agreed to provide the Committee with all documents received by parties seeking to become Qualified Bidders and copies of all Initial Bids. Additionally, the Debtors have revised certain dates to account for the rescheduling of the proposed Sale Hearing. A blackline of the Revised Bidding Procedures Order against the original Bidding Procedures Order is attached hereto as Exhibit B.

       In addition, the Purchase Agreement attached to the Sale Motion contained a scrivener's error in section 3.01. The Debtors propose to provide a corrected form of the asset

---

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to such terms in the Sale Motion.

purchase agreement to all parties requesting the form of asset purchase agreement in connection with submitting a bid.[3]

Other than the informal comments from the Committee, which have been consensually resolved, the Debtors have received no other responses or objection to entry of the Bidding Procedures Order. Accordingly, unless the Court has questions, the Debtors respectfully request that the Court enter the Revised Bidding Procedures Order at its earliest convenience.

Dated: Wilmington, Delaware
February 5, 2010

YOUNG CONAWAY STARGATT AND TAYLOR, LLP

*/s/Ryan M. Bartley*
Michael R. Nestor (No. 3526)
Donald J. Bowman, Jr. (No. 4383)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

---

[3] Corrected section 3.01 of the Purchaser Agreement shall read as follows:

    **3.1**   **Consideration.** The initial purchase price of the Purchased Assets hereunder (the "***Purchase Price***") is estimated to be $65,000,000 in addition to the Cure Amounts paid by the Purchaser hereunder and shall be ~~equal to~~**comprised of** the sum of: (a) ~~all~~**a portion of the** Prepetition Senior Obligations owing to Prepetition Senior Lender pursuant to the Prepetition Senior Loan documents as of the Closing Date (including all outstanding principal, accrued but unpaid interest at the applicable rate set forth in the Prepetition Senior Loan Documents, and all fees, costs and charges properly chargeable under the Prepetition Senior Loan Documents, including all attorneys' fees and legal expenses through (and including) the Closing Date), plus (b) all DIP Indebtedness owing to DIP Lender pursuant to the DIP Loan Documents (including all outstanding principal, accrued but unpaid interest at the applicable rate set forth in the DIP Loan Documents, and all fees, costs and charges properly chargeable under the DIP Loan Documents, including all attorneys' fees and legal expenses through (and including) the Closing Date). As additional consideration for the Purchased Assets, Purchaser shall also pay the balance of the fee due William Blair & Company in connection with the sale of the Purchased Assets to Purchaser.

3

VON BRIESEN AND ROPER, S.C.
Randall D. Crocker (Wis. Bar No. 1000251)
Claire Ann Resop (Wis. Bar No. 1020942)
3 South Pinckney Street, Suite 1000
Madison, Wisconsin 53703-4200
Telephone: (608) 441-0300
Facsimile: (608) 441-0301

*Attorneys for the Debtors and Debtors in Possession*

DB02:9233888.1                                                                                                                           068913.1001