# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KLCG PROPERTY, LLC and GURNEE PROPERTY, LLC, | Case No. 09-14418 (KJC) |
| | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 9, 2010 AT 10:30 A.M. (ET)

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

## UNCONTESTED MATTERS – CERTIFICATIONS FILED

1. Debtors' Motion for Entry of Orders, Pursuant to 11 U.S.C. §§ 105(a), 363, 365, 503, and 507 and Federal Bankruptcy Rules 2002, 6004, 6006, and 9014: (A)(i) Establishing Bidding and Auction Procedures for the Sale of All or Substantially All of the Debtors' Assets; (ii) Approving Bid Protections for the Stalking Horse Bidder; (iii) Permitting Credit Bidding Pursuant to Bankruptcy Code Section 363(k); (iv) Scheduling an Auction and Sale Hearing for the Sale of All or Substantially All of the Debtors' Assets; (v) Approving Notice of Procedures for the Solicitation of Bids, an Auction and the Assumption and Assignment of Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; and (vi) Granting Related Relief; and (B)(i) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims and Encumbrances and Other Interests; (ii) Authorizing and Approving Asset Purchase Agreement; (iii) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (iv) Granting Related Relief [Docket No. 92, 1/19/10]

    Response Deadline:   February 2, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.   Informal Comments from the Official Committee of Unsecured Creditors

---

[1] The last four digits of the Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

[2] **Amended items appear in bold.**

Related Documents:

    B.    Reservation of Rights of the Official Committee of Unsecured Creditors [Docket No. 130, 2/3/10]

    C.    Certification of Counsel [Docket No. 133, 2/5/10]

    D.    Order (A)(I) Establishing Bidding and Auction Procedures for the Sale of All or Substantially All of the Debtors' Assets; (II) Approving Bid Protections for the Stalking Horse Bidder; (III) Permitting Credit Bidding; (IV) Scheduling an Auction and Sale Hearing for the Sale of All or Substantially All of the Debtors' Assets; and (V) Approving Notice of Procedures for the Solicitation of Bids, an Auction and The Assumption and Assignment of Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; and (VI) Granting Related Relief [Docket No. 136, 2/5/10]

Status: An Order has been entered.

2. Debtors' Motion for Entry of an Order Pursuant to Sections 105, 363, 503, 1107 and 1108 of the Bankruptcy Code (A) Authorizing the Payment of Certain Prepetition Claims of Critical Vendors, and (B) Approving Procedures Related Thereto [Docket No. 93, 1/19/10]

Response Deadline: February 2, 2010 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.    Informal comments from Official Committee of Unsecured Creditors

Related Document(s):

    B.    Certification of Counsel [Docket No. 134, 2/5/10]

    C.    Order (A) Authorizing the Payment of Certain Prepetition Claims of Certain Critical Vendors and (B) Approving Procedures Related Thereto [Docket No. 137, 2/5/10]

Status: An Order has been entered.

3. Amended Application of the Official Committee of Unsecured Creditors for Authority to Retain Saul Ewing LLP as its Delaware Counsel, *Nunc Pro Tunc* to January 7, 2010 [Docket No. 117, 1/28/10]

Response Deadline: February 2, 2010 at 4:00 p.m. (ET)

Responses/Objections Received: None.

Related Document(s):

A. Certificate of No Objection [Docket No. 132, 2/5/10]

**B. Order Authorizing Official Committee of Unsecured Creditors to Retain and Employ Saul Ewing LLP as Counsel [Docket No. 143, 2/8/10]**

**Status:** **An Order has been entered.**

## CONTESTED MATTER GOING FORWARD

4. Application for Order Authorizing Official Committee of Unsecured Creditors to Retain and Employ K&L Gates LLP as Counsel [Docket No. 86, 1/15/10]

   Response Deadline: February 2, 2010 at 4:00 p.m. (ET)

   Responses/Objections Received:

   A. Objection of Dougherty Funding LLC [Docket No. 129, 2/2/10]

   Related Document(s):

   B. Supplemental Declaration of Matthew E. McClintock in Accordance with Section 1103 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure [Docket No. 138, 2/5/10]

   C. Certification of Counsel [Docket No. 139, 2/8/10]

   **D. Order Authorizing Official Committee of Unsecured Creditors to Retain and Employ K&L Gates LLP as Counsel [Docket No. 142, 2/8/10]**

   **Status:** **An Order has been entered.**

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT AND TAYLOR, LLP
February 8, 2010

        */s/ Donald J. Bowman, Jr.*
Michael R. Nestor (No. 3526)
Donald J. Bowman, Jr. (No. 4383)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

VON BRIESEN AND ROPER, S.C.
Randall D. Crocker (Wis. Bar No. 1000251)
Claire Ann Resop (Wis. Bar No. 1020942)
3 South Pinckney Street, Suite 1000
Madison, Wisconsin 53703-4200
Telephone: (608) 441-0300
Facsimile: (608) 441-0301

*Attorneys for the Debtors and Debtors in Possession*

4

DB02:9174556.4                                                                                                                                  068913.1001