# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> KLCG PROPERTY, LLC, and <br> GURNEE PROPERTY, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 09-14418 (KJC) <br><br> (Jointly Administered) <br><br> Ref. Docket Nos. 92, 136 |

## NOTICE OF CANCELLED AUCTION

**PLEASE TAKE NOTICE** that, on January 19, 2010, KLCG Property and Gurnee Property LLC (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Orders, Pursuant to 11 U.S.C. §§ 105(a), 363, 365, 503, and 507 and Federal Bankruptcy Rules 2002, 6004, 6006, and 9014: (A)(I) Establishing Bidding and Auction Procedures for the Sale of All or Substantially All of the Debtors' Assets; (II) Approving Bid Protections for the Stalking Horse Bidder; (III) Permitting Credit Bidding Pursuant to Bankruptcy Code Section 363(k); (IV) Scheduling an Auction and Sale Hearing for the Sale of All or Substantially All of the Debtors' Assets; (V) Approving Notice of Procedures for the Solicitation of Bids, an Auction and the Assumption and Assignment of Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims and Encumbrances and Other Interests; (II) Authorizing and Approving Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* (the "Sale Motion") [Docket No. 92] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The last four digits of Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

**PLEASE TAKE FURTHER NOTICE** that on February 5, 2010, the Court entered the *Order, Pursuant to 11 U.S.C. §§ 105(a), 363, 365, 503, and 507 and Federal Bankruptcy Rules 2002, 6004, 6006, and 9014: (A)(I) Establishing Bidding and Auction Procedures for All or Substantially All of the Debtors' Assets; (II) Approving Bid Protections for the Stalking Horse Bidder; (III) Permitting Credit Bidding Pursuant to Bankruptcy Code Section 363(k); (IV) Scheduling an Auction and Sale Hearing for the Sale of All or Substantially All of the Debtors' Assets; and (V) Approving Notice of Procedures for the Solicitation of Bids, an Auction and the Assumption and Assignment of Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; and (VI) Granting Related Relief* (the "Bidding Procedures Order") [Docket No. 136].

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order (i) the deadline for submitting bids by a Qualified Bidder[2] was March 12, 2010 at 4:00 p.m. (ET) (the "Bid Deadline") and (ii) in the event a Qualified Bid was received, an auction would be held on March 16, 2010 at 10:00 a.m (ET).

---

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined, in accordance with the Bidding Procedures Order, that no Qualified Bids were received prior to the Bid Deadline. As such, no auction will be held.

| | |
|---|---|
| Dated: March 15, 2010<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT AND TAYLOR LLP<br><br>*/s/ signature/*<br>Michael R. Nestor (No. 3526)<br>Donald J. Bowman, Jr. (No. 4383)<br>Ryan M. Bartley (No. 4985)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>Randall D. Crocker (Wis. Bar No. 1000251)<br>Claire Ann Resop (Wis. Bar No. 1020942)<br>VON BRIESEN AND ROPER, S.C.<br>3 South Pinckney Street, Suite 1000<br>Madison, Wisconsin 53703-4200<br>Telephone: (608) 441-0300<br>Facsimile: (608) 441-0301<br><br>*Attorneys for the Debtors and Debtors in Possession* |