# EXHIBIT A

## PURCHASE AGREEMENT

ASSET PURCHASE AGREEMENT

AMONG

KLCG PROPERTY, LLC

AND

GURNEE PROPERTY, LLC,

AS SELLERS,

AND

DOUGHERTY FUNDING LLC,

AS PURCHASER

Dated as of March 24, 2010

## TABLE OF CONTENTS

Page

Article I DEFINITIONS ...................................................................................................2
    1.1        Certain Definitions..............................................................................2
Article II PURCHASE AND SALE OF ASSETS; ASSUMPTION OF LIABILITIES;
        RELEASE OF CERTAIN CLAIMS ...................................................................11
    2.1        Purchase and Sale of Assets..............................................................11
    2.2        Excluded Assets.................................................................................12
    2.3        Assumption of Liabilities..................................................................12
    2.4        Excluded Liabilities ...........................................................................12
    2.5        Cure Amounts....................................................................................12
    2.6        Release of Claims .............................................................................12
    2.7        Further Conveyances and Assumptions............................................13
Article III CONSIDERATION .........................................................................................13
    3.1        Consideration.....................................................................................13
    3.2        Payment of Purchase Price ................................................................13
Article IV CLOSING AND TERMINATION ..................................................................14
    4.1        Closing Date ......................................................................................14
    4.2        Deliveries by Sellers..........................................................................14
    4.3        Deliveries by Purchaser ....................................................................15
    4.4        Termination of Agreement................................................................15
    4.5        Procedure Upon Termination............................................................17
    4.6        Effect of Termination.........................................................................17
    4.7        Alternative Stalking Horse Bidder....................................................17
Article V REPRESENTATIONS AND WARRANTIES OF SELLERS.........................17
    5.1        Sellers' Existence..............................................................................17
    5.2        Authority............................................................................................17
    5.3        Conflicts; Consents of Third Parties.................................................18
    5.4        Financial Advisors .............................................................................18
    5.5        Reserved............................................................................................18
    5.6        Employee Controversies. ..................................................................19
    5.7        No Collective Bargaining Agreements, Union Certifications or
                      Employer Contracts ..........................................................................19
    5.8        Notice of Defaults..............................................................................19
    5.9        Environmental Matters ......................................................................19
    5.10       Title....................................................................................................20
    5.11       Real Property. ....................................................................................20
    5.12       Assigned Contracts. ..........................................................................20
    5.13       Intellectual Property...........................................................................20
    5.14       Permits; Legal Requirements.............................................................21

| | | |
|---|---|---|
| 5.15 | Litigation. | 21 |
| 5.16 | Taxes. | 21 |
| 5.17 | Records. | 21 |
| 5.18 | Employees. | 22 |
| 5.19 | Foreign Person. | 22 |
| 5.20 | WARN ACT; COBRA. | 22 |
| 5.21 | No Other Representations or Warranties | 22 |

**Article VI REPRESENTATIONS AND WARRANTIES OF PURCHASER .............................22**

| | | |
|---|---|---|
| 6.1 | Purchaser's Existence | 22 |
| 6.2 | Authority | 23 |
| 6.3 | Conflicts; Consents of Third Parties. | 23 |
| 6.4 | Financial Advisors | 23 |
| 6.5 | Sufficient Funds | 24 |
| 6.6 | Condition of the Purchased Assets | 24 |

**Article VII BANKRUPTCY COURT MATTERS............................................................24**

| | | |
|---|---|---|
| 7.1 | Competing Bids | 24 |
| 7.2 | Purchaser Protections and Bidding Procedures | 24 |
| 7.3 | Bankruptcy Court Filings. | 25 |

**Article VIII COVENANTS ...........................................................................................25**

| | | |
|---|---|---|
| 8.1 | Access to Information; Seller's Due Diligence Materials | 25 |
| 8.2 | Conduct Pending the Auction and Closing | 26 |
| 8.3 | Consents | 27 |
| 8.4 | Regulatory Approvals | 27 |
| 8.5 | Title to Purchased Assets | 28 |
| 8.6 | Further Assurances | 28 |
| 8.7 | Confidentiality. | 28 |
| 8.8 | Preservation of Records | 28 |
| 8.9 | Supplementation and Amendment of Schedules | 29 |
| 8.10 | Publicity | 29 |
| 8.11 | Court Order | 29 |
| 8.12 | Adequate Assurance of Future Performance | 29 |
| 8.13 | Purchaser Covenants After Closing | 30 |
| 8.14 | Approval of Bidding Procedures Order | 30 |
| 8.15 | Casualty Loss. | 30 |
| 8.16 | Eminent Domain. | 30 |
| 8.17 | Use of Name. | 30 |

**Article IX CONDITIONS TO CLOSING ........................................................................31**

| | | |
|---|---|---|
| 9.1 | Conditions Precedent to Obligations of Purchaser | 31 |
| 9.2 | Conditions Precedent to Obligations of Sellers | 31 |
| 9.3 | Conditions Precedent to Obligations of Purchaser and Sellers | 32 |
| 9.4 | Frustration of Closing Conditions. | 32 |

**Article X NO SURVIVAL.............................................................................................32**

| | | |
|---|---|---|
| 10.1 | No Survival of Representations and Warranties | 32 |
| 10.2 | No Consequential Damages | 32 |

**Article XI TAXES** ............................................................................................................33

| | | |
|---|---|---|
| 11.1 | Transfer Taxes | 33 |
| 11.2 | Intentionally Deleted | 33 |
| 11.3 | Purchase Price Allocation | 33 |
| 11.4 | Cooperation and Audits | 33 |

**Article XII MISCELLANEOUS** ........................................................................................33

| | | |
|---|---|---|
| 12.1 | Expenses | 33 |
| 12.2 | Damages and Injunctive Relief | 33 |
| 12.3 | Submission to Jurisdiction; Consent to Service of Process. | 33 |
| 12.4 | Waiver of Right to Trial by Jury | 34 |
| 12.5 | Entire Agreement; Amendments and Waivers | 34 |
| 12.6 | Governing Law | 34 |
| 12.7 | Notices | 34 |
| 12.8 | Severability | 35 |
| 12.9 | Binding Effect; Assignment | 36 |
| 12.10 | Non-Recourse | 36 |
| 12.11 | Counterparts | 36 |
| 12.12 | Time of the Essence; Calculation of Time Period | 36 |
| 12.13 | United States Dollars | 37 |
| 12.14 | Exhibits/Schedules | 37 |
| 12.15 | Gender and Number | 37 |
| 12.16 | Headings | 37 |
| 12.17 | Certain Terminology | 37 |
| 12.18 | Negotiations | 37 |

**Exhibits**

| | |
|---|---|
| A | Purchased Assets |
| B-1 | Legal Description of the Land |
| B-2 | Permitted Encumbrances |
| C | Assigned Contracts |
| D | Excluded Assets |
| E | Licensed Assets |
| F | Intellectual Property |
| G | Knowledge Parties |
| H | Deed |
| I | Bill of Sale |
| J | Assignment and Assumption Agreement |
| K | Due Diligence Materials |
| L | Bidding Procedures Order |
| M | Closing Conditions |
| N | Sale Order |
| O | Financial Advisors |
| P | Inventory of Personal Property |

**Schedules**

| | |
|---|---|
| 5.6 | Employee Controversies |
| 5.7 | Collective Bargaining Agreements and Employment Contracts |
| 5.9 | Environmental Exceptions |
| 5.14 | Permits |
| 5.15 | Litigation |
| 5.16 | Taxes |

DB02:9158739.4    068913.1001