# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KLCG PROPERTY, LLC and GURNEE PROPERTY, LLC, | Case No. 09-14418 (KJC) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTER SCHEDULED FOR HEARING ON JUNE 30, 2010 AT 11:00 A.M. (ET)

1. Status Conference With Respect to Debtors' Bankruptcy Cases

   Related Document:

   A. Notice of Status Conference [Docket No. 292, 6/25/10]

   Status: This matter is going forward.

Dated: Wilmington, Delaware
June 28, 2010

YOUNG CONAWAY STARGATT AND TAYLOR, LLP

Michael R. Nestor (No. 3526)
Donald J. Bowman, Jr. (No. 4383)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

VON BRIESEN AND ROPER, S.C.
Randall D. Crocker (Wis. Bar No. 1000251)
Claire Ann Resop (Wis. Bar No. 1020942)
3 South Pinckney Street, Suite 1000
Madison, Wisconsin 53703-4200
Telephone: (608) 441-0300
Facsimile: (608) 441-0301

*Attorneys for the Debtors and Debtors in Possession*

---

[1] The last four digits of the Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.