**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KLCG PROPERTY, LLC and<br>GURNEE PROPERTY, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-14418 (KJC)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED
FOR HEARING ON NOVEMBER 10, 2010 AT 9:30 A.M. (ET)**

**CONTESTED MATTER GOING FORWARD**

1. Debtors' Motion, Pursuant to Sections 105(a), 305(a), 349 and 1112(B) of the Bankruptcy Code, for Entry of an Order Approving (A) Dismissal of the Debtors' Chapter 11 Cases, (B) Procedures for the Distribution of Assets to the General Unsecured Creditors and (C) Granting Certain Related Relief [Docket No. 388, 10/12/10]

    Response Deadline:        October 27, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Objection of Water Safety Products [Docket No. 403, 10/25/10]

    B.  Objection of United States Trustee [Docket No. 407, 10/28/10]

    C.  Informal Response of ComEd

    D.  Informal Response of Alexis Kunz

    Status: Items (A) and (D) have been resolved by agreement of the parties. The terms of which will be reflected in a revised form of order. The informal response of ComEd (Item C) has been resolved. The Debtors are attempting to resolve issues raised by the United States Trustee (Item B) and the issues raised by the Court at the previous hearing. This matter is going forward.

---

[1] The last four digits of the Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

2

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 8, 2010 | YOUNG CONAWAY STARGATT AND TAYLOR, LLP<br><br>　　　*/s/ Donald J. Bowman, Jr.*<br>Michael R. Nestor (No. 3526)<br>Donald J. Bowman, Jr. (No. 4383)<br>Ryan M. Bartley (No. 4985)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>-and-<br><br>VON BRIESEN AND ROPER, S.C.<br>Randall D. Crocker (Wis. Bar No. 1000251)<br>Claire Ann Resop (Wis. Bar No. 1020942)<br>3 South Pinckney Street, Suite 1000<br>Madison, Wisconsin 53703-4200<br>Telephone: (608) 441-0300<br>Facsimile: (608) 441-0301<br><br>*Attorneys for the Debtors and Debtors in Possession* |